Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR 04 2020

DISTRICT OF NORTH DAKOTA

| United States of America | ) |
| v. | ) |
| Demetrius Willie Jayvon Glenn, a/k/a T, a/k/a Rich | ) Case No. 1:20-cr-060-01 |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ___Demetrius Willie Jayvon Glenn, a/k/a T, a/k/a Rich___,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Aiding and Abetting

Date: 03/05/2020

/s/ Renee Hellwig
*Issuing officer's signature*

Renee Hellwig, Deputy Clerk
*Printed name and title*

City and state: Bismarck, ND

---

### Return

This warrant was received on *(date)* 3-5-2020, and the person was arrested on *(date)* 7-7-2020
at *(city and state)* Minot, ND .

Date: 7-7-2020

*Arresting officer's signature*

Kenneth Bronson S DUSM
*Printed name and title*