# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Demetrius Willie Jayvon Glenn, | ) | |
| | ) | Case No. 1:20-cr-060 |
| Defendant. | ) | |

Defendant is charged in an Indictment with the offense of conspiracy to distribute and possess with intent to distribute oxycodone in violation of 21 U.S.C. § 846. (Doc. No. 1). The court ordered him detained following a detention hearing on July 16, 2020. (Doc. Nos. 60 and 61). He is being held at the Ward County Jail.

On July 31, 2020, defendant filed a Motion for Modification of Conditions of Release. (Doc. No. 63). He requests to be temporarily released to his fiancé, Ashley Rumbers, on August 7, 2020, so that he can attend a supplemental chemical dependency assessment at North Central Human Services in Minot, North Dakota, and thereafter be released to an inpatient treatment program when a bed becomes available.

The court **GRANTS** defendant's motion in part (Doc. No. 63). Defendant shall be temporarily released no earlier than 8:00 a.m. on August 7, 2020, to Ashley Rumbers for transport to his assessment at North Central Human Services. Defendant's temporary release shall subject to the following conditions:

(1) Defendant shall refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.

(2) Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants.

Defendant shall return to the Ward County Jail no later than 1:30 p.m on August 7, 2020. Upon his return, he shall be remanded back into custody. Additionally, he shall submit to drug and alcohol screening if so directed to verify compliance with the conditions of his temporary release.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
